HELEN STARKWEATHER *v.* DEVBALA PATEL

HELEN STARKWEATHER *v.* MANCHESTER MEMORIAL HOSPITAL CORPORATION

The petition of the defendants Devbala Patel and Manchester Memorial Hospital Corporation for certification for appeal from the Appellate Court, 34 Conn. App. 395 (AC 12357), is denied.

*Robert E. Kiley* and *Lois Tanzer,* in support of the petition.

*Steven B. Kaplan,* in opposition.

Decided June 30, 1994

GARY LINTZ *v.* SUSAN LINTZ

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 905 (AC 12424), is denied.

*Gary Lintz,* pro se, in support of the petition.

*Shirley M. Pripstein,* in opposition.

Decided June 30, 1994

RONALD ZIENKA *v.* CITY OF NEW BRITAIN

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 913 (AC 12750), is denied.

*Harold J. Geragosian,* in support of the petition.

*Daniel L. Healy,* in opposition.

Decided June 30, 1994